UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUN SMITH,

                Plaintiff,

  -against-

MUNICIPALITY OF THE CITY, et al.,

                Defendants.

25-CV-02497 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Wednesday, July 30, 2025 at 10:00 a.m.** The Pro Se Plaintiff and counsel for Defendant should be prepared to discuss the identification of Defendant Williams. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 472 368 626#.

DATED: July 22, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge