UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN SMITH,

               Plaintiff,

  -against-

MUNICIPALITY OF THE CITY, et al.,

              Defendants.

25-CV-02497 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       Due to a change in the Court's calendar, the telephonic conference scheduled for July 30, 2025 will be held on **Friday, August 1, 2025 at 3:00 p.m.** The Pro Se Plaintiff and counsel for Defendant should be prepared to discuss the identification of Defendant Williams. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 472 368 626#.

DATED: July 22, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge