UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN SMITH,<br><br>                      Plaintiff,<br><br>-against-<br><br>MUNICIPALITY OF THE CITY, et al.,<br><br>                      Defendants. | 25-CV-2497 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

      The status conference previously scheduled for August 1, 2025 (ECF 31) is rescheduled for **Thursday, August 7, 2025 at 11:00 AM**. The Pro Se Plaintiff and counsel for Defendant should be prepared to discuss the identification of Defendant Williams.

      It is hereby **ORDERED** that the Warden or other custodian responsible for Plaintiff's confinement at North Infirmary Command, Rikers Island, produce Plaintiff **Shaun Smith, NYSID 3492301769, on August 7, 2025, no later than 11:00 AM**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the North Infirmary Command to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 472 368 626#.**

DATED: July 30, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge