UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN SMITH,<br><br>         Plaintiff,<br><br> -against-<br><br>MUNICIPALITY OF THE CITY, et al.,<br><br>         Defendants. | 25-CV-2497 (JGK) (RFT)<br><br>**ORDER OF SERVICE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

  On May 28, 2025, this Court issued an order of service and *Valentin* order ("May 28 Order") directing the New York City Law Department ("Law Department") to ascertain the identity of the unidentified defendants whom Plaintiff seeks to sue in this case: Defendant Officer Corrections Working A post area 5th flr #1, #2 and Defendant Correction Officer in 5 North day Incident ("Correction Officer Williams"). (ECF 14, Order.)

  The Law Department identified Correction Officer Marc Felder, Shield No. 1026 as "Officer Corrections Working A post area 5th flr #1, #2" (ECF 32) and C.O. Brenda Williams as Correction Officer Williams (ECF 36). Additionally, the Law Department states that "an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants." (ECF 36)

  The Clerk of Court is respectfully requested to terminate Defendant "Correction Officer in 5 North day Incident"; and amend the caption of this action to replace Defendant "Officer Corrections Working A post area 5th flr #1, #2" with "Correction Officer Marc Felder, Shield No. 1026" and replace Defendant "Correction Officer Williams" with "Correction Officer Brenda Williams."

The Clerk of Court is respectfully requested to notify electronically the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendant Correction Officer Marc Felder, Shield No. 1026, and Correction Officer Brenda Williams waive service of summons.

DATED: August 25, 2025  
          New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge