UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUN SMITH,

                      Plaintiff,

       - against -

MUNICIPALITY OF THE CITY, ET AL.,

                    Defendants.

25-cv-2497 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

**November 26, 2025.**

SO ORDERED.

Dated:    **New York, New York**
            **November 12, 2025**

                                    John G. Koeltl
                          United States District Judge