UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN SMITH,

Plaintiff,

-against-

MUNICIPALITY OF THE CITY, et al.,

Defendants.

25-CV-2497 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

A status conference is scheduled for **Monday, March 2, 2026 at 10:30 AM**. The Pro Se Plaintiff and counsel for Defendant should be prepared to discuss the status of the case.

It is hereby **ORDERED** that the Warden or other custodian responsible for Plaintiff's confinement at North Infirmary Command, Rikers Island, produce Plaintiff **Shaun Smith, NYSID 3492301769, on March 2, 2026, no later than 10:30 AM**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the North Infirmary Command to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 582 210 730#.**

DATED:  February 24, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge