UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shaun Smith,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br>Municipality of The City, et al.,<br><br>　　　　　　Defendants. | 25-CV-02497 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for March 10, 2026. It will now be held on **Wednesday**, **March 18, 2026**, at **10:30 AM** through telephone conference for pro se plaintiff and through video conference for defendants and counsel for defendant on ZoomGov. The Courtroom Deputy will send the conference details by mail to pro se plaintiff and by email to counsel for defendant.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must still be received by **March 3, 2026**.

It is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at North Infirmary Command, Rikers Island, produce Plaintiff **Shaun Smith**, **NYSID 3492301769**, on **March 18, 2026 at 10:30 AM**, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the North Infirmary Command to arrange the call and (3) provide the conference details to the ZoomGov conference. Should Plaintiff be transferred to another facility at Rikers Island or be released from custody during the pendency of this case, Defendants' counsel shall provide the Court with Plaintiff's new mailing address.

DATED:  February 26, 2026
　　　　New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE