UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shaun Smith,<br><br>               Plaintiff,<br><br>  -against-<br>Municipality of The City, et al.,<br><br>             Defendants. | 25-CV-02497 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Due to a change on the Court's calendar, the telephonic conference scheduled for March 25, 2026 will now be held on **Friday, March 27, 2026 at 11:00 AM.** The Pro Se Plaintiff and counsel for Defendants should be prepared to discuss the status of discovery.

It is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at Orleans Correctional Facility: 3531 Gaines Basin Road, Albion, New York 14411, no later than 11:00 AM, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Counsel for Defendants must: (1) send this Order to the Warden immediately; (2) contact the North Infirmary Command to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 989 921 074#.**

DATED:  March 17, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge