UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Shaun Smith,<br><br>        Plaintiff,<br><br>  -against-<br>Municipality of The City, et al.,<br><br>        Defendants. | 25-CV-02497 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference today:

1.   Defendant shall mail Plaintiff another copy of the HIPAA forms for his signature, and Plaintiff shall promptly sign and send the HIPAA forms back to Defendant. If Plaintiff does not provide signed HIPAA forms to Defendant, the case cannot move forward.

2.   The parties are relieved of the requirement of filing a joint update on April 20, 2026.

3.   A status conference is scheduled for **May 4, 2026 at 12:30 PM**. Accordingly, it is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at Orleans Correctional Facility: 3531 Gaines Basin Road, Albion, New York 14411, no later than 12:30 PM, to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

4. Counsel for Defendants must: (1) send this Order to the Warden immediately;(2) contact the Orleans Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at **(646) 453-4442, Access Code: 989 921 074#**, on May 4, 2026 at 12:30 PM**.

DATED:  April 10, 2026
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge