UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN SMITH

               Plaintiff,

-against-

MUNICIPALITY OF THE CITY, et al.,

               Defendant.

25-CV-2497 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The conference scheduled for May 4, 2026 was not held due to pro se plaintiff's refusal to attend. Counsel for Defendants was present, and the custodian at the facility where Plaintiff is incarcerated was prepared to make Plaintiff available. This is the second time that Plaintiff has declined to attend a scheduled Court conference. (*See* ECF 69.)

On May 1, 2026, Defendants filed a Motion to Dismiss for Lack of Prosecution Pursuant to Rules 37 and 41(b) of the Federal Rules of Civil Procedure, arguing that Plaintiff's failure to provide signed HIPAA forms warrants dismissal of the case. (*See* ECF 71.) Plaintiff shall file his response on the docket by **July 6, 2026.**

If Plaintiff has legal questions about this Order, or any filings in this case, Plaintiff is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se

Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

DATED:       May 5, 2026
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge