UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN SMITH,

Plaintiff,

-against-

MUNICIPALITY OF THE CITY ET AL,

Defendants.

25 CIVIL 2497 (JGK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion & Order dated September 25, 2026, the Court adopts the Report & Recommendation. The plaintiffs complaint is dismissed without prejudice for failure to prosecute and failure to comply with an order to provide discovery; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**
**Deputy Clerk**